```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**MICHAEL S. GRINDSTAFF**                                             PLAINTIFF

       v.       Civil No. 11-5138

**SHERIFF TIM HELDER;**
**NURSE RHONDA MECHEDA;**
**OFFICER JIM SIMMONS;**
**CORPORAL FULTZ; and**
**LIEUTENANT MICHAEL CAMBRON**                                       DEFENDANTS

## O R D E R

Now on this 7th day of September, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #23), filed on August 17, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #23) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **dismissed with prejudice.**

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE